| | |
|---|---|
| 1 | Benjamin J. Schnayerson (State Bar No. 257857) |
| | Benjamin R. Eversole (State Bar No. 334474) |
| 2 | JACKSON LEWIS P.C. |
| | 50 California Street, 9th Floor |
| 3 | San Francisco, California 94111-4615 |
| | Telephone: (415) 394-9400 |
| 4 | Facsimile: (415) 394-9401 |
| | E-mail: Ben.Schnayerson@jacksonlewis.com |
| 5 | E-mail: Benjamin.Eversole@jacksonlewis.com |

Attorneys for Defendant
INTERNATIONAL PAPER COMPANY

Nathan Kingery (State Bar No. 309920)
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989
Email: nkingery@wilshirelawfirm.com

Attorney for Plaintiff
NITA PARKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NITA PARKER, an individual, | Case No. 1:23-cv-01429-ADA-HBK |
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| vs. | Ctrm.: Yosemite Courthouse |
| | Judge: Hon. Helena M. Barch-Kuchta, Magistrate Judge |
| INTERNATIONAL PAPER COMPANY, a New York corporation; and DOES 1 through 50, inclusive, | |
| | Complaint Filed: 08/18/2023 |
| Defendants. | Removal Filed: 10/02/2023 |
| | Trial Date: 09/23/2025 |

///

///

///

///

//

///

1

Stipulation for Dismissal                                    Case No. 1:23-cv-01429-ADA-HBK

1  IT IS HEREBY STIPULATED by and among the parties, through their designated counsel, that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

Dated: September 17, 2024                    JACKSON LEWIS P.C.

By:  /s/ Benjamin R. Eversole
Benjamin J. Schnayerson
Benjamin R. Eversole
Attorneys for Defendant
INTERNATIONAL PAPER COMPANY

Dated: September 17, 2024                    WILSHIRE LAW FIRM, PLC

By: /s/ Nathan Kingery (as authorized on 9/17/2024)
Nathan Kingery
Attorney for Plaintiff
NITA PARKER

4859-0404-6563, v. 3